# UNITED STATES GOVERNMENT

# M E M O R A N D U M

**DATE:** March 31, 2022

**REPLY TO**
**ATTN OF:** Brian Peters
Clerk's Office
United States District Court
Norfolk, Virginia

**TO:** Beth Yusi
United States Attorney's Office
101 W. Main Street
Suite 8000
Norfolk, Virginia 23510

**SUBJECT:** Release of Exhibits

**RE:** CRIMINAL NO. 2:15cr29
UNITED STATES OF AMERICA v. Ryan Courtade

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to the United States Attorney:

Exhibits from 10/17/17 evidentiary hearing.

Please acknowledge receipt of these exhibits within ten (10) days from the above date.

Fernando Galindo, Clerk

**BY:** _____/s/_____
B. Peters, Deputy Clerk

_____     _____
**Assistant United States Attorney**                           **Date**