UNITED STATES GOVERNMENT

MEMORANDUM

DATE: March 31, 2022

REPLY TO
ATTN OF: Brian Peters
Clerk's Office
United States District Court
Norfolk, Virginia

TO: Beth Yusi
United States Attorney's Office
101 W. Main Street
Suite 8000
Norfolk, Virginia 23510

SUBJECT: Release of Exhibits

RE: CRIMINAL NO. 2:15cr29
UNITED STATES OF AMERICA v. Ryan Courtade

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to the United States Attorney:

Exhibits from 10/17/17 *b.p.* evidentiary hearing.

Please acknowledge receipt of these exhibits within ten (10) days from the above date.

Fernando Galindo, Clerk

BY: /s/ b.p.
B. Peters, Deputy Clerk

_____        _____
Assistant United States Attorney                Date  4/4/22